UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID CHIMINELLO,<br>    Plaintiff, | )<br>)   C. A. No.: 1:17-cv-11709 RWZ<br>) |
| v | )<br>)   Judge Rya W. Zobel |
| SYNCHRONY BANK,<br>    Defendant. | )<br>)<br>) |

## JOINT STIPULATION TO ARBITRATE CLAIMS AND DISMISS WITHOUT PREJUDICE

Plaintiff David Chiminello ("Plaintiff") and Defendant Synchrony Bank ("Synchrony") (collectively, "the Parties"), by and through their undersigned counsel, hereby submit this Stipulation to Arbitrate Claims and Dismiss Lawsuit, stating as follows:

1. The Parties have agreed to submit all of the claims in this lawsuit to arbitration pursuant to the arbitration agreement between Plaintiff and Synchrony. The arbitration shall be conducted through and in accordance with the rules of the American Arbitration Association.

2. The Parties therefore respectfully request that (a) this Court order that all of the claims in this lawsuit be submitted to binding, non-judicial arbitration pursuant to the Parties' arbitration agreement, and (b) that the case be dismissed without prejudice pending arbitration.


By: */s/ Craig Thor Kimmel*
  CRAIG THOR KIMMEL, ESQUIRE
  Kimmel & Silverman, PC
  30 East Butler Pike
  Ambler, PA 19002
  (215) 540-8888 ext. 148
  kimmel@creditlaw.com

*Counsel for Plaintiff*

By: */s/ David A. Casale*
David A. Casale (BBO #677879)
Reed Smith LLP
20 Stanwix Street, Suite 1200
Pittsburgh, PA 15222
Telephone: (412) 288-3330
Fax: (412) 288-3063
Email: dcasale@reedsmith.com

*Counsel for Defendant Synchrony Bank*

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2018, the foregoing was electronically filed and served via the Court's CM/ECF System.

By: *David A. Casale*
David A. Casale