# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DAVID CHIMINELLO, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 1:17-cv-11709-RWZ |
| | § | |
| v. | § | |
| | § | |
| SYNCHRONY BANK F/K/A GE CAPITAL RETAIL BANK, | § | |
| | § | |
| Defendant. | § | |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice of Plaintiff's claims against Defendant with each party to bear its own costs and fees.

*/s/* Davis Alan Casale
  David Alan Casale, Esq.
  Reed Smith LLP
  20 Stanwix Street
  Pittsburgh, PA 15222
  Phone: 412-288-3063
  Email:  dcasale@reedsmith.com
  Attorney for the Defendant

Date: July 2, 2019

*/s/* Craig Thor Kimmel
  Craig Thor Kimmel, Esq.
  Kimmel & Silverman, P.C.
  30 East Butler Pike
  Ambler, PA 19002
  Phone: 215-540-8888
  Fax: 215-540-8817
  Email: kimmel@creditlaw.com
  Attorney for Plaintiff

Date: July 2, 2019

BY THE COURT:

_____
                        J.

## **CERTIFICATE OF SERVICE**

      I, Craig Thor Kimmel, Esquire, do certify that I served a true and correct copy of the Stipulation of Dismissal in the above-captioned matter, upon the following via CM/ECF system:

David Alan Casale, Esq.
Reed Smith LLP
20 Stanwix Street
Pittsburgh, PA 15222
Phone: 412-288-3063
Email:  dcasale@reedsmith.com
Attorney for the Defendant


Dated: July 2, 2019　　　　　　　　　　By: /s/ Craig Thor Kimmel
　　　　　　　　　　　　　　　　　　　Craig Thor Kimmel, Esq.
　　　　　　　　　　　　　　　　　　　Kimmel & Silverman, P.C.
　　　　　　　　　　　　　　　　　　　30 East Butler Pike
　　　　　　　　　　　　　　　　　　　Ambler, PA 19002
　　　　　　　　　　　　　　　　　　　Phone: 215-540-8888
　　　　　　　　　　　　　　　　　　　Fax: 215-540-8817
　　　　　　　　　　　　　　　　　　　Email: kimmel@creditlaw.com
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff